**Petition for Writ of Mandamus Denied and Memorandum Opinion and Concurring Memorandum Opinion filed January 28, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00691-CV

---

### IN RE VALERO REFINING TEXAS, L.P., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-36172**

---

## MEMORANDUM OPINION

Relator Valero Refining Texas, L.P. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. The Honorable Donna Roth, presiding judge of the 295th District Court of Harris County, in orders dated December 31, 2018, and June 19, 2019, denied relator's motions for summary judgment on relator's affirmative defense of exclusive remedy pursuant to the Texas Workers' Compensation Act. *See* Tex. Lab. Code Ann. §§ 406.123,

408.001(a). Relator asks this court to compel Judge Roth to grant relator's motions for summary judgment and render judgment in relator's favor.

On February 25, 2019, and August 2, 2019, Judge Roth denied relator's motions for permissive interlocutory appeal on relator's affirmative defense of exclusive remedy. Alternatively, relator asks this court to compel Judge Roth to grant relator permission to bring an interlocutory appeal of her rulings on the exclusive-remedy defense.

Relator has not shown that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant. (Christopher, J., concurring) (Poissant, J., joining both the Memorandum Opinion and Concurring Memorandum Opinion).